UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

In re Piccadilly Restaurants, LLC, et al.[1]  Case No. 12-51127
    Debtors

Chapter 11

## APPLICATION FOR ADMISSION OF ROBERT KLYMAN *PRO HAC VICE*

William H. Patrick, III ("Applicant") hereby requests that this Court authorize Robert Klyman, Esq. to appear *pro hac vice* in the above-captioned chapter 11 case as counsel for CB Investments, LLC and CB Agency Services, LLC and certifies as follows:

1. Applicant is an attorney at and partner of the law firm of Latham & Watkins, LLP, practicing in the office of 355 South Grand Avenue, Los Angeles, CA 90071-1560.

2. Applicant is a member in good standing of the bar of the highest court of the State of California, the Ninth Circuit Court of Appeals, and the Central and Southern District of California. Applicant's California bar license number is 142723. A Certificate of Good Standing is attached hereto as Exhibit A.

3. Applicant has not been prohibited from practicing in this Court.

4. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

5. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

---

[1] Joint administration requested with *In re Piccadilly Food Service, LLC*, 12-51128 (Bankr. W.D. La.) and *In re Piccadilly Investments LLC*, 12-51129 (Bankr. W.D. La.).

{00328033-1}     1

6. Applicant has not previously filed for *pro hac vice* admission in this Court.

7. Local counsel of record associated with Applicant in this matter is William H. Patrick, III, an attorney and member of the law firm of Heller, Draper, Patrick, & Horn LLC, which maintains an office at 650 Poydras Street, Suite 2500, New Orleans, LA 70130.

8. Applicant has read the local civil and bankruptcy rules of this Court and will comply with the local civil rules.

9. Applicant respectfully requests to be admitted to practice in the United States Bankruptcy Court for the Western District of Louisiana for the above-captioned cases only, and requests that his email address be added to the PACER notice list as follows: ROBERT.KLYMAN@lw.com.

WHEREFORE, Applicant moves for admission to practice before the Court in this matter, as set forth above.

Dated: September 13, 2012

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| */s/ Tristan Manthey* | */s/ Robert Klyman* |
| Douglas S. Draper (La. Bar No. 5073) | Robert Klyman (Ca. Bar No. 142723) |
| William H. Patrick, III (La. Bar No. 10359) | **Latham & Watkins, LLP** |
| Tristan Manthey (La. Bar No. 24539) | 355 South Grand Avenue, |
| **Heller, Draper, Patrick & Horn, L.L.C.** | Los Angeles, CA 90071-1560 |
| 650 Poydras Street ó Suite 2500 | (213) 891-7584 |
| New Orleans, LA 70130 | **Counsel for CB Investments, LLC and** |
| (504) 299-3300 | **CB Agency Services, LLC** |
| **Counsel for CB Investments, LLC and** | |
| **CB Agency Services, LLC** | |