

201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111 • Fax (504) 582-1121
www.gordonarata.com

Piccadilly Restaurants, LLC
c/o Thomas J. Sandeman, CFO
4150 South Sherwood Forest Blvd.
Baton Rouge, LA 70816

May 20, 2014

**Invoice No. 281719**

Professional Services Rendered In Connection With:

Client Ref: 5315-28251    Special Matter

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/01/14 | P. Kopfinger | 1.60 | Telephone conferences with client regarding business, lease, and sale matters (.8); Prepare and send email to W. Smith regarding Gibson collection matter (.2); Receive email from client regarding GE wire (.2); Prepare and send email regarding GE wire (.2); Receive email from J. Storck regarding GE wire (.2) |
| 04/02/14 | P. Kopfinger | 1.10 | Receive email from J. Storck regarding wire transfer (.2); Receive email from client regarding wire transfer (.2); Email exchanges with client regarding AMG Agreement (.3); Receive and peruse AMG agreement (.4) |
| 04/04/14 | P. Kopfinger | 0.90 | Telephone conferences with client regarding lease, business, and sale matters (.6); Receive emails from and email exchange with client regarding Lake Charles lease (.3) |
| 04/08/14 | P. Kopfinger | 1.80 | Prepare Lake Charles lease |
| 04/09/14 | P. Kopfinger | 4.60 | Study and revise Lake Charles lease (3.9); Telephone conference with client regarding lease and business matters (.4); Prepare and |


EXHIBIT F

| Date | Attorney | Hours | Description |
|---|---|---|---|
| | | | send email to client regarding Lake Charles lease (.3) |
| 04/10/14 | P. Kopfinger | 0.40 | Telephone conference with client regarding Lake Charles lease and related matters (.2); Prepare and send email to client regarding Lake Charles lease (.2) |
| 04/11/14 | P. Kopfinger | 0.50 | Email exchange with client regarding AMG agreement (.2); Telephone conference with client regarding lease and business matters (.3) |
| 04/14/14 | P. Kopfinger | 2.10 | Email exchange with client regarding Lake Charles lease matter (.2); Study objection to immaterial modification (.3); Receive and peruse execution version of plan documents (.8); Telephone conferences with client regarding lease, plan matter and related matters (.6); Receive email from debtor counsel regarding effective date documents (.2); |
| 04/15/14 | P. Kopfinger | 3.70 | Study closing statement amounts (.3); Determine correctness of fee on closing statement (.8); Telephone conferences with client regarding closing matter and related matters (.7); Attend to fee statement matters (.5); Receive email from T. Rench regarding service (.2); Telephone conference with B. Smith regarding closing matter (.2); Email exchange with debtor counsel regarding closing matter (.2); Email exchange with R. Tramantano regarding lease matter (.2); Receive email from client regarding closing (.2); Receive emails from client regarding Lake Charles lease matter (.4) |
| 04/16/14 | P. Kopfinger | 1.70 | Telephone conferences with client regarding closing and |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| | | | business matters (.8); Email exchange with debtor counsel regarding closing matter (.2); Telephone conference with D. Currault regarding employment matter (.3); Prepare and send email to B. Smith regarding closing matter (.2); Telephone conference with B. Smith regarding closing matter (.2) |

            **Total Hours  18.40**

            **Total Fees  $5,612.00**

**Attorney Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| P. Kopfinger | 18.40 | 305.00 | 5,612.00 |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03/20/14 | Expenses Gen Conference - Peter Kopfinger | 7.50 |
| 04/15/14 | Copy Expense | 185.30 |
| 04/15/14 | Postage Expense | 151.20 |

           **Total Disbursements  $344.00**

        **TOTAL DUE FOR THIS MATTER  $5,956.00**

0170

Piccadilly Restaurants, LLC
May 20, 2014
Invoice 281719


**Client Ref: 5315-28251    Special Matter**

                    * * * R E M I T T A N C E   C O P Y * * *

**Invoice No. 281719**

       Total Fees                                              $5,612.00

       Total Costs                                               $344.00

       **Total Current Fees and Costs Due**                    **$5,956.00**


Please Send Payment And Remittance Copy To:

       **Gordon, Arata, McCollam, Duplantis & Eagan, LLC**
                        **Attorneys at Law**
           **201 St. Charles Avenue, 40th Floor**
               **New Orleans, LA 70170-4000**

                  **Tax ID No. 72-0894123**


                      Wire Instructions

          Bank:  Capital One
                P.O. Box 6154
                New Orleans, LA 70161

    Swift Code:  HIBKUS44
     Routing #:  06 50 0009 0
     Account #:  88 20 9757 9

   Beneficiary:  Gordon, Arata, McCollam, Duplantis & Eagan, LLC
                201 St. Charles Avenue, 40th Floor
                New Orleans, LA 70170-4000


**Note: for amounts in excess of $3,000.00 both sender and receiver addresses must be included in the instructions**



```
                                    201 St. Charles Avenue, 40th Floor
                                    New Orleans, Louisiana 70170-4000
                                    (504) 582-1111 • Fax (504) 582-1121
                                              www.gordonarata.com
```

Piccadilly Restaurants, LLC                             May 20, 2014
c/o Thomas J. Sandeman, CFO
4150 South Sherwood Forest Blvd.                   Invoice No. 281720
Baton Rouge, LA 70816


Professional Services Rendered In Connection With:

    **Client Ref: 5315-30367   Tamarac**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 04/04/14 | P. Kopfinger | 0.50 | Receive emails from broker regarding sale status (.3); Receive emails from client regarding sale matters and clean-up (.2) |
| 04/07/14 | P. Kopfinger | 0.40 | Receive and study email, with attachment, from broker regarding marketing report |

    **Total Hours    0.90**

    **Total Fees    $292.50**

**Attorney Summary**

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| P. Kopfinger | 0.90 | 325.00 | 292.50 |

    **TOTAL DUE FOR THIS MATTER    $292.50**

0170

Piccadilly Restaurants, LLC
May 20, 2014
Invoice 281720


**Client Ref: 5315-30367   Tamarac**

*** R E M I T T A N C E   C O P Y ***

**Invoice No. 281720**

| | |
|---|---:|
| Total Fees | $292.50 |
| Total Costs | $0.00 |
| **Total Current Fees and Costs Due** | **$292.50** |


Please Send Payment And Remittance Copy To:

**Gordon, Arata, McCollam, Duplantis & Eagan, LLC
Attorneys at Law
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000**

Tax ID No. 72-0894123


Wire Instructions

| | |
|---|---|
| Bank: | Capital One |
| | P.O. Box 6154 |
| | New Orleans, LA 70161 |
| Swift Code: | HIBKUS44 |
| Routing #: | 06 50 0009 0 |
| Account #: | 88 20 9757 9 |
| Beneficiary: | Gordon, Arata, McCollam, Duplantis & Eagan, LLC |
| | 201 St. Charles Avenue, 40th Floor |
| | New Orleans, LA 70170-4000 |

**Note: for amounts in excess of $3,000.00 both sender and receiver addresses must be included in the instructions**



201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111 • Fax (504) 582-1121
www.gordonarata.com

**Piccadilly Restaurants, LLC**  
c/o Thomas J. Sandeman, CFO  
4150 South Sherwood Forest Blvd.  
Baton Rouge, LA 70816

May 20, 2014

**Invoice No. 281721**

Professional Services Rendered In Connection With:

**Client Ref: 5315-33182   Deborah Thomas v. Piccadilly Restaurants, LLC**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/15/14 | N. English | 0.25 | Email to Mr. Ortis regarding status of response to complaint. |
| 04/16/14 | D. Currault | 0.30 | Telephone conference with Mr. Kopfinger regarding employment issue and differences |

**Total Hours**      0.55

**Total Fees**      $173.75

**Attorney Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| D. Currault | 0.30 | 350.00 | 105.00 |
| N. English | 0.25 | 275.00 | 68.75 |

**TOTAL DUE FOR THIS MATTER**      **$173.75**

0170

Piccadilly Restaurants, LLC
May 20, 2014
Invoice 281721


**Client Ref: 5315-33182   Deborah Thomas v.
Piccadilly Restaurants, LLC**

  \* \* \* R E M I T T A N C E   C O P Y \* \* \*

**Invoice No. 281721**

| | | |
|---|---|---:|
| | Total Fees | $173.75 |
| | Total Costs | $0.00 |
| | **Total Current Fees and Costs Due** | **$173.75** |

Please Send Payment And Remittance Copy To:

**Gordon, Arata, McCollam, Duplantis & Eagan, LLC
Attorneys at Law
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000**

Tax ID No. 72-0894123


Wire Instructions

| | |
|---:|---|
| Bank: | Capital One |
| | P.O. Box 6154 |
| | New Orleans, LA 70161 |
| Swift Code: | HIBKUS44 |
| Routing #: | 06 50 0009 0 |
| Account #: | 88 20 9757 9 |
| Beneficiary: | Gordon, Arata, McCollam, Duplantis & Eagan, LLC |
| | 201 St. Charles Avenue, 40th Floor |
| | New Orleans, LA 70170-4000 |

**Note: for amounts in excess of $3,000.00 both sender and receiver addresses must be included in the instructions**